UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven A. Silnutzer, P.C.
335 E. Jimmie Leeds Rd.
Buiding 200- Suite C
Galloway, NJ 08205
By: Steven A. Silnutzer, Esq. SAS-0833

In Re:

Ernest M. Howard

Case No.: __17-22202__

Judge: __JNP__

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by __McCormick 106, LLC__,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
The check that was sent to the Mortgage Company was from the wrong bank account. It did not clear. I did not send the wrong check on purpose. That payment has been replaced. I will send out the August payment shortly. I am asking that I be allowed to continue making my payments. I will be on track with payments shortly and will make payments at the beginning of the month going

☒ Other **(explain your answer)**:
forward.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 8/11/2017                                    /s/Ernest M. Howard
                                                   Debtor's Signature

Date: _____                          _____
                                                   Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*