# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:
Ernest M. Howard

Case No.: 17-22202
Hearing Date:
Chapter: 13
Judge: JNP

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Creditor's Certification of Default re: McCormick 106, LLC

**Location of Hearing:** Courtroom No. 4C
Mitchell H. Cohen US Courthouse
400 Cooper Street
Camden NJ 08101

**Date and Time:** 8/29/2017 @ 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 8/15/2017

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 8/15, 20 17 this notice was served on the following: Ernest M. Howard, Steven A. Silnutzer
Kyle Francis Eingorn Creditor Attorney
Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 17-22202-JNP
Ernest M. Howard                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin           Page 1 of 1          Date Rcvd: Aug 15, 2017
                        Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2017.
db              Ernest M. Howard,    21 Morning Glory Ct,    Egg Harbor Township, NJ   08234-5972

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor C/O Bank Of America   THE BANK OF NEW YORK MELLON FKA THE
       BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN
       TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10 dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
      Kyle Francis Eingorn    on behalf of Creditor    McCormick 106, LLC keingorn@dbblegal.com
      Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Linda S. Fossi    on behalf of Creditor    PCII REO LLC lfossi@zeitzlawfirm.com,
       gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
      Michael E. Brown    on behalf of Creditor    McCormick 106, LLC mbrown@dbblegal.com
      Steven A. Silnutzer     on behalf of Debtor Ernest M. Howard stevenasil2000@yahoo.com,
       G28047@notify.cincompass.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 8