Case 17-22202-JNP    Doc 41    Filed 09/19/17    Entered 09/19/17 16:03:42    Desc Order    Page 1 of 2

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Telecopier Number (973) 228-2679<br>Attorneys for Secured Creditor,<br>**Nationstar Mortgage LLC as servicng agent for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3**<br>By: Jeanette F. Frankenberg, Esq. | **Order Filed on September 19, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re:<br><br>    **Ernest M. Howard**<br><br><br>    Debtor(s) | Case No.: **17-22202-JNP**<br>Chapter:   **13**<br>Hearing Date:  September 19, 2017<br>Judge:   **Jerrold N.  Poslusny, Jr.** |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: September 19, 2017**  

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

-12-

(Page 2)
Debtor:        Ernest M. Howard
Case No.:    17-22202-JNP
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Nationstar Mortgage LLC, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Land and premises commonly known as **21 Morning Glory Court, Egg Harbor Township, NJ  08234**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

**201404647**