UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven A. Silnutzer, P.C.
335 E. Jimmie Leeds Road
Building 200- Suite C
Galloway, NJ 08205
By: Steven A. Silnutzer, Esq.-SAS-0833

In Re:

Ernest M. Howard

Case No.: 17-22202

Judge: JNP

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by  BMW Bank of North America , creditor,

   A hearing has been scheduled for  October 3, 2017 , at 10:00 a.m.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
I have had some problems with getting rent from tenants which put me behind on bills incuding my payments to BMW. I will get some payments out this week. I will get at least one payment out and then another one next week. I would like a chance to bring the account current, but will need some time.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 9/25/2017                                    /s/Ernest M. Howard
                                                   Debtor's Signature

Date: _____                                  _____
                                                   Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*