| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> DEMBO, BROWN & BURNS LLP <br> BY: KYLE F. EINGORN, ESQUIRE <br> 1300 ROUTE 73 <br> SUITE 205 <br> MT. LAUREL, NJ 08054 <br> (856) 354-8866 <br> KEINGORN@DBBLEGAL.COM <br> ATTORNEYS FOR MCCORMICK 106, LLC |
| In re: <br><br> ERNEST M. HOWARD, <br><br> Debtor |

Order Filed on December 6, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

Chapter 13
Case No. 17-22202-JNP
The Honorable Jerrold N. Poslusny, U.S.B.J.

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: December 6, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on Motion of the Debtor seeking to Reimpose the automatic stay as it relates to McCormick 106, LLC (the "Lender") and the Lender having file a Certification of the Debtor's Default under the terms of the Court's November 14, 2017 condition that the Debtor be current by the end of the week and as such, seeking relief from the automatic stay and the court having considered the Debtor's opposition, if any, and for good cause having been shown;

It is hereby ORDERED as follows:

1. The automatic stay pursuant to Section 362(a) of the Bankruptcy Code is vacated to permit the Lender to pursue its rights as a secured creditor in the real property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

> **Land and premises commonly known as 5303 Harding Way, Unit 107, Mays Landing, New Jersey 08330. Land and premises identified by the lot and block numbers set forth below on Official Tax Map of the Township of Hamilton, County of Atlantic and State of New Jersey.**
>
> | **Block Number** | **Lot(s) Number** |
> |---|---|
> | 996 | 27C0107 |

2. That the Debtor is not afforded any further opportunities to catch up and/or seek reimpose the automatic stay.

3. This Order shall survive any conversion of this bankruptcy case to one filed under any other chapter under the Bankruptcy Code.

4. The Lender shall serve a copy of this order on the Debtor, the Trustee and any other party who entered an appearance on this Motion.