UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

DEMBO, BROWN & BURNS LLP
BY: KYLE F. EINGORN, ESQUIRE
1300 ROUTE 73
SUITE 205
MT. LAUREL, NJ 08054
(856) 354-8866
KEINGORN@DBBLEGAL.COM
ATTORNEYS FOR MCCORMICK 106, LLC

Order Filed on December 6,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

In re:

ERNEST M. HOWARD,

      Debtor

Chapter 13
Case No. 17-22202-JNP
The Honorable Jerrold N. Poslusny, U.S.B.J.

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: December 6, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on Motion of the Debtor seeking to Reimpose the automatic stay as it relates to McCormick 106, LLC (the "Lender") and the Lender having file a Certification of the Debtor's Default under the terms of the Court's November 14, 2017 condition that the Debtor be current by the end of the week and as such, seeking relief from the automatic stay and the court having considered the Debtor's opposition, if any, and for good cause having been shown;

It is hereby ORDERED as follows:

1. The automatic stay pursuant to Section 362(a) of the Bankruptcy Code is vacated to permit the Lender to pursue its rights as a secured creditor in the real property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Land and premises commonly known as 5303 Harding Way, Unit 107, Mays Landing, New Jersey 08330. Land and premises identified by the lot and block numbers set forth below on Official Tax Map of the Township of Hamilton, County of Atlantic and State of New Jersey.**

| Block Number | Lot(s) Number |
|---|---|
| 996 | 27CO107 |

2. That the Debtor is not afforded any further opportunities to catch up and/or seek reimpose the automatic stay.

3. This Order shall survive any conversion of this bankruptcy case to one filed under any other chapter under the Bankruptcy Code.

4. The Lender shall serve a copy of this order on the Debtor, the Trustee and any other party who entered an appearance on this Motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-22202-JNP
Ernest M. Howard                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Dec 06, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.
db          Ernest M. Howard,   21 Morning Glory Ct,   Egg Harbor Township, NJ   08234-5972

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:
    Deborah T. Feldstein    on behalf of Creditor    TTLBL, LLC dfeldstein@caplaw.net
    Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Denise E. Carlon    on behalf of Creditor C/O Bank Of America    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America jschwartz@mesterschwartz.com
    Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicng agent for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Inv cmecf@sternlav.com
    Kyle Francis Eingorn    on behalf of Creditor    McCormick 106, LLC keingorn@dbblegal.com
    Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
    Linda S. Fossi    on behalf of Creditor    PCII REO LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
    Michael E. Brown    on behalf of Creditor    McCormick 106, LLC mbrown@dbblegal.com
    Miriam Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
    Steven A. Silnutzer    on behalf of Debtor Ernest M. Howard stevenasil2000@yahoo.com, G28047@notify.cincompass.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 13