Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−22202−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ernest M. Howard
  21 Morning Glory Ct
  Egg Harbor Township, NJ 08234−5972

Social Security No.:
  xxx−xx−4759

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 1, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 83 − 81
Order Granting Application to Employ Stamen Iliev as Realtor (Related Doc # 81). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/1/2018. (dac)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 1, 2018
JAN: dac

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ernest M. Howard  
    Debtor

Case No. 17-22202-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 01, 2018  
                Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.  
r          +Stamen Iliev,   1630 New Road,   Northfield, NJ 08225-1172

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:

      Deborah T. Feldstein   on behalf of Creditor   TTLBL, LLC dfeldstein@caplaw.net  
      Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Denise E. Carlon   on behalf of Creditor C/O Bank Of America   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
      Jason Brett Schwartz   on behalf of Creditor   BMW Bank of North America jschwartz@mesterschwartz.com  
      Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC as servicng agent for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Inv cmecf@sternlav.com  
      Kevin M. Buttery   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY bkyefile@rasflaw.com  
      Kyle Francis Eingorn   on behalf of Creditor   McCormick 106, LLC keingorn@dbblegal.com  
      Laura M. Egerman   on behalf of Creditor   The Bank of New York Mellon bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
      Linda S. Fossi   on behalf of Creditor   PCII REO LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
      Michael E. Brown   on behalf of Creditor   McCormick 106, LLC mbrown@dbblegal.com  
      Miriam Rosenblatt   on behalf of Creditor   Deutsche Bank National Trust Company bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com  
      Steven A. Silnutzer   on behalf of Debtor Ernest M. Howard stevenasil2000@yahoo.com, G28047@notify.cincompass.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                         TOTAL: 14