Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                                Case No.: 17–22202–JNP
                                                Chapter: 13
                                                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ernest M. Howard
   21 Morning Glory Ct
   Egg Harbor Township, NJ 08234–5972

Social Security No.:
   xxx–xx–4759

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/16/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 16, 2018
JAN: cmf

                                                                                         Jeanne Naughton
                                                                                         Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 17-22202-JNP
Ernest M. Howard                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1       User: admin              Page 1 of 3        Date Rcvd: Apr 16, 2018
                           Form ID: 148             Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2018.
db             #Ernest M. Howard,    21 Morning Glory Ct,    Egg Harbor Township, NJ 08234-5972
cr             +C/O Bank Of America THE BANK OF NEW YORK MELLON FK,    7105 Corporate Dr.,
                 Plano, TX 75024-4100
cr             +Deutsche Bank National Trust Company,    Robertson, Anschutz, Schneid, P.L.,
                 6409 congress Ave., Suite 100,    Boca Raton, FL 33487-2853
cr             +Nationstar Mortgage LLC as servicng agent for THE,    Stern Lavinthal & Frankenberg LLC,
                 105 Eisenhower Parkway,   Suite 302,    Roseland, NJ 07068-1640
r              +Stamen Iliev,   1630 New Road,    Northfield, NJ 08225-1172
cr             +The Bank of New York Mellon,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue,
                 Suite 100,   Boca Raton, FL 33487-2853
516881939       Apex Asset Management,    2501 Oregon Pike Ste 120,    Lancaster, PA 17601-4890
516881940       Atlantic City MUA,    PO Box 117,   Atlantic City, NJ 08404-0117
516881941       Atlantic City Sewer Dept.,    1200 Atlantic Ave # 300,    Atlantic City, NJ 08401-7327
516881942      +Atlantic City Tax Collector,    6201 Atlantic Ave,    Atlantic City, NJ 08406-2734
516881945       BMW Financial Group,    PO Box 3608,   Dublin, OH 43016-0306
516881946       BSI Financial Services,    PO Box 517,   Titusville, PA 16354-0517
516881944       Bayfront Emergency Physicians,    1 E New York Ave,    Somers Point, NJ 08244-2340
516881947       Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
516881949       Commercial Acceptance Co.,    PO Box 3268,    Shiremanstown, PA 17011-3268
516881952       Dembo, Brown & Burns, LLP,    1300 Route 73 Ste 205,    Mount Laurel, NJ 08054-2200
517262556      +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517158353       Deutsche Bank National Trust Company,    Cahiering Department 1661,    Worthington Road Suite 100,
                 West Palm Beach FL 33409
516881953      +Egg Harbor Township MUA,    3515 Bargaintown Rd,    Egg Harbor Township, NJ 08234-8321
516881954      +Egg Harbor Township Tax Collector,    3515 Bargaintown Rd,    Egg Harbor Township, NJ 08234-8321
516881955       Egg Harbor Twp. Tax Collector,    3515 Bargaintown Rd,    Egg Harbor Township, NJ 08234-8317
516881957       Gary C. Zeitz, LLC,    1101 Laurel Oak Rd Ste 170,    Voorhees, NJ 08043-4381
516881958      +Jersey Shore Ambulatory Surgery,    405 Bethel Rd,    Somers Point, NJ 08244-2186
516889817      +McCormick 106, LLC,    c/o Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                 Mount Laurel, NJ 08054-2200
516881959       McCormick 106, LLC,    11350 McCormick Rd Ste 902,    Hunt Valley, MD 21031-1002
516881961       Milstead and Associates,    1 E Stow Rd,    Marlton, NJ 08053-3118
517020666      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE LLC,     ATTN: Bankruptcy Dept,    PO BOX 619096,
                 DALLAS TEXAS 75261-9741)
516881962       Nationside Mortgage,    PO Box 619063,   Dallas, TX 75261-9063
517018097      +Nationstar Mortgage LLC,    ATTN: Bankruptcy Dept,    PO BOX 619094,    Dallas, TX 75261-9094
517159975       Ocwen Loan Servicing LLC,    Attn: Bankruptcy Department,    PO Box 24605,
                 West Palm Beach FL 33416-4605
516881963       Ocwen Loan Servicing, LLC,    PO Box 660264,    Dallas, TX 75266-0264
516952398      +PCII REO LLC,    Gary C. Zeitz LLC,    1101 Laurel Oak Road,    Suite 170,
                 Voorhees NJ 08043-4381
516881964       RAS Cintron, LLC,    130 Clinton Rd,    Fairfield, NJ 07004-2926
516881966       SLS,    8742 Lucent Blvd Ste 300,    Littleton, CO 80129-2386
517224999      +Sandpiper Condominium Association, Inc.,     c/o Norman L. Zlotnick, Esquire,
                 Hyberg White & Mann,    2111 New Road, Suite 105,    Northfield, NJ 08225-1512
516881965       Shore Orthopaedic,    1322 Route 72 W,    Manahawkin, NJ 08050-2489
516881967       Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516881968       Stern, Lavinthal & Frankewnberg, LLC,    F-005043-15,    105 Eisenhower Pkwy Ste 302,
                 Roseland, NJ 07068-1640
517166363      +TTLBL, LLC,    c/o Pellegrino & Feldstein,    290 Route 46 West,    Denville, NJ 07834-1239
516924752      +The Bank of New York Mellon,    c/o Robertson, Anschutz & Schneid, P.L.,    Bankruptcy Department,
                 6409 Congress Avenue,   Suite 100,    Boca Raton, FL 33487-2853
516968280      +The Bank of New York Mellon, Trustee(See 410),     c/o Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516968352      +The Bank of NewYork Mellon,Trustee(See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516881969     ++++U.S. BANK CUST. PRO CAP II,    50 S 16TH ST STE 1960,    PHILADELPHIA PA 19102-2517
               (address filed with court: U.S. Bank Cust. Pro Cap II,     50 S 16th St Ste 1950,
                 Philadelphia, PA 19102-2517)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 16 2018 23:11:04      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 16 2018 23:11:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516881940       E-mail/Text: athapa@acmua.org Apr 16 2018 23:12:01      Atlantic City MUA,   PO Box 117,
                 Atlantic City, NJ 08404-0117
516890920      +EDI: AISACG.COM Apr 17 2018 02:53:00      BMW Bank of North America Department,
                 Ascension Capital Group,    P.O. Box 165028,   Irving, TX 75016-5028
516984672       EDI: BMW.COM Apr 17 2018 02:53:00      BMW Financial Services NA, LLC,   P.O. Box 3608,
                 Dublin, OH 43016
```

```
District/off: 0312-1              User: admin              Page 2 of 3              Date Rcvd: Apr 16, 2018
                                  Form ID: 148             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516881943         EDI: BANKAMER.COM Apr 17 2018 02:53:00      Bank of America Home Loans,   PO Box 31785,
                   Tampa, FL  33631-3785
516881948         EDI: CAPITALONE.COM Apr 17 2018 02:53:00      Capital One Bank,   PO Box 30281,
                   Salt Lake City, UT  84130-0281
516881960         E-mail/Text: tracey.gregoire@millvillenj.gov Apr 16 2018 23:11:03      City of Millville,
                   12 S. High Street,   PO Box 609,   Millville, NJ  08332-0609
516881950         E-mail/Text: csd1clientservices@cboflanc.com Apr 16 2018 23:11:31
                   Credit Bureau of Lancaster County,   PO Box 1271,   Lancaster PA 17608-1271
516881951         EDI: RCSFNBMARIN.COM Apr 17 2018 02:53:00      Credit One Bank, NA,   PO Box 98873,
                   Las Vegas, NV  89193-8873
516881956         E-mail/Text: bankruptcy@fult.com Apr 16 2018 23:11:59      Fulton Bank of New Jersey,
                   1 Penn Sq,   Lancaster, PA  17602-2853
517084329         EDI: RESURGENT.COM Apr 17 2018 02:53:00      LVNV Funding, LLC its successors and assigns as,
                   assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
                   Greenville, SC 29603-0587
517039731         EDI: PRA.COM Apr 17 2018 02:53:00      Portfolio Recovery Associates, LLC,
                   c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
516883623        +EDI: RMSC.COM Apr 17 2018 02:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
cr*             +McCormick 106, LLC,    c/o Dembo, Brown & Burns LLP,    1300 Route 73,   Suite 205,
                 Mount Laurel, NJ 08054-2200
cr*             +TTLBL, LLC,    c/o Pellegrino & Feldstein, LLC,   290 Route 46 West,   Denville, NJ 07834-1239
                                                                                         TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2018 at the address(es) listed below:
```
              Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               ajennings@rasflaw.com
              Deborah T. Feldstein    on behalf of Creditor    TTLBL, LLC dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor C/O Bank Of America    THE BANK OF NEW YORK MELLON FKA THE
               BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN
               TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicng agent for
               THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan
               Chase Bank, N.A. as Trustee for Structured Asset Mortgage Inv cmecf@sternlav.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3                Date Rcvd: Apr 16, 2018
                              Form ID: 148             Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kevin M. Buttery   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY bkyefile@rasflaw.com

        Kyle Francis Eingorn   on behalf of Creditor   McCormick 106, LLC keingorn@dbblegal.com

        Laura M. Egerman   on behalf of Creditor   The Bank of New York Mellon bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

        Linda S. Fossi   on behalf of Creditor   PCII REO LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com

        Michael E. Brown   on behalf of Creditor   McCormick 106, LLC mbrown@dbblegal.com

        Miriam Rosenblatt   on behalf of Creditor   Deutsche Bank National Trust Company bkyecf@rasflaw.com, mrosenblatt@rasflaw.com

        Steven A. Silnutzer   on behalf of Debtor Ernest M. Howard stevenasil2000@yahoo.com, G28047@notify.cincompass.com

        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 15